Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

December 18, 2024

RAVI SUBRAMANIAN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON JOHN WAGENIUS, <br><br> Defendant. | NO. **CR24-232 TL** <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Unlawful Transfer of Confidential Phone Records Information)**

**(Online Forum)**

1. On or about November 6, 2024, in King County, within the Western District of Washington, and elsewhere, CAMERON JOHN WAGENIUS did, in interstate and foreign commerce, knowingly and intentionally sell and transfer, and attempt to sell and transfer, confidential phone records information of a covered entity, without prior authorization from the customer to whom such confidential phone records information related, and knowing and having reason to know such information was obtained fraudulently, in violation of Title 18, United States Code, Section 1039(b).

Indictment - 1
*United States v. Wagnenius*
USAO No. 2024R01345

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Unlawful Transfer of Confidential Phone Records Information)

### (Online Communications Platform)

2. On or about November 6, 2024, in King County, within the Western District of Washington, and elsewhere, CAMERON JOHN WAGENIUS did, in interstate and foreign commerce, knowingly and intentionally sell and transfer, and attempt to sell and transfer, confidential phone records information of a covered entity, without prior authorization from the customer to whom such confidential phone records information related, and knowing and having reason to know such information was obtained fraudulently, in violation of Title 18, United States Code, Section 1039(b).

A TRUE BILL: **yes**
DATED: **12/18/2024**

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

/s/ Nicole M. Argentieri
NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney
General, Criminal Division

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

_____
LOUISA K. BECKER
Senior Counsel
Computer Crime & Intellectual Property Section

_____
SOK TEA JIANG
Assistant United States Attorney

_____
GEORGE BROWN
Trial Attorney
Computer Crime & Intellectual Property Section

Indictment - 2
*United States v. Wagnenius*
USAO No. 2024R01345

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970