UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NO. **CR24-232 TL**<br><br>**ORDER ISSUING BENCH WARRANT** |

An Indictment having been returned against the above-named defendant, now

therefore

//

//

//

ORDER ISSUING BENCH WARRANT - 1
*United States v. Wagenius*
USAO No. 2024R01345

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or

2 detention shall be addressed at the initial appearance in this case.

3

4    DATED this 18th day of December, 2024.

5

6

7    UNITED STATES MAGISTRATE JUDGE

8

9 **SECRET: YES**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER ISSUING BENCH WARRANT - 2
*United States v. Wagenius*
USAO No. 2024R01345

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970