# Jessica Sands

| | |
|---|---|
| **From:** | TXWD Waco District Clerks Office |
| **Sent:** | Friday, December 20, 2024 11:00 AM |
| **To:** | WAWDdb_Criminal Transfers |
| **Subject:** | Rule 5 docs for Cameron John Wagenius TXWD 6:24-mj-00275 |
| **Attachments:** | Cameron John Wagenius Rule 5 docs.pdf |

**Notice to Western District of Washington (Seattle) of a Rule 5 Appearance as to Cameron John Wagenius. Your case number is: CR24232. Docket sheet and documents (including CJA23) attached.**

Leigh Anne Diaz
Deputy Clerk
254-750-1506
leigh_diaz@txwd.uscourts.gov



U.S. District Clerk's Office, Waco
Western District of Texas
254-750-1501