CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CRIMINAL DOCKET FOR CASE #: 6:24-mj-00275-JCM-1

| | |
|---|---|
| Case title: USA v. Wagenius | Date Filed: 12/20/2024 |
| Other court case number: CR24-232 Western District of Washington (Seattle) | Date Terminated: 12/20/2024 |

Assigned to: Judge Jeffrey C. Manske

### Defendant (1)

**Cameron John Wagenius**  
*TERMINATED: 12/20/2024*

represented by **Duty Pub. Defender-Waco**  
Office of the Federal Public Defender  
Waco Division  
510 Austin Ave., Suite 1200  
Waco, TX 76701  
(915) 352-2940  
Email: claedrika_mulligan-green@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**
---|---
None |

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**
---|---
None |

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**
---|---
Unlawful Transfer of Confidential Phone Records Information |

**Plaintiff**

USA						represented by	**Mark Frazier**
							U.S. Attorney's Office
							800 Franklin
							Suite 280
							Waco, TX 76701
							(254) 750-1580
							Fax: 254/750-6664
							Email: Mark.Frazier@usdoj.gov
							*LEAD ATTORNEY*
							*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2024 | 1 | Arrest (Rule 5 ) of Cameron John Wagenius (lad) (Entered: 12/20/2024) |
| 12/20/2024 | 2 | Minute Entry for proceedings held before Judge Jeffrey C. Manske:Initial Appearance in Rule 5(c)(3) Proceedings as to Cameron John Wagenius held on 12/20/2024. Defendant HAS completed the CJA23 financial affidavit and counsel will be appointed in the court of jurisdiction. The Defendant waives Rule 5/32.1 and is detained pending removal to the WESTERN DISTRICT OF WASHINGTON-SEATTLE DIVISION. Detention hearing is to be held in that district. (Minute entry documents are not available electronically.) (Court Reporter FTR.) (lad) (Entered: 12/20/2024) |
| 12/20/2024 | 3 | CJA 23 Financial Affidavit by Cameron John Wagenius (SEALED pursuant to E-Government Act of 2002). (lad) (Entered: 12/20/2024) |
| 12/20/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Duty Pub. Defender-Waco for Cameron John Wagenius. Signed by Judge Jeffrey C. Manske. (lad) (Entered: 12/20/2024) |
| 12/20/2024 | 5 | WAIVER - Rule 5/Rule 32.1 as to Cameron John Wagenius. (lad) (Entered: 12/20/2024) |
| 12/20/2024 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Cameron John Wagenius. Defendant committed to Western District of Washington (Seattle).. Signed by Judge Jeffrey C. Manske. (lad) (Entered: 12/20/2024) |
| 12/20/2024 |   | Notice to Western District ofWashington (Seattle) of a Rule 5 Appearance as to Cameron John Wagenius. Your case number is: CR24232. Docket sheet and documents emailed. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (lad) (Entered: 12/20/2024) |