## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Criminal No.: WA:24-M -00275(1)   JCM |
| vs. | § § | *Ref:  CR24-232 TL* |
| (1) CAMERON J. WAGENIUS | § § | Date Appeared:  December 20, 2024 |
| *Defendant* | | |

## PROCEEDING MEMO - INITIAL APPEARANCE

1. **INDICTMENT**   12/18/24   In the   WESTERN DISTRICT OF WASHINGTON-SEATTLE DIVISION
   *Date*   *Charging District*

   Warrant Issued   12/18/24      Arrested   12/19/24
   *Date*   *Date*

2. **COURT PERSONNEL:**

   Hearing Time: 10:12AM - 10:25AM
   Total Time in Court: 0 MINUTES

   | | | |
   |---|---|---|
   | U.S. Magistrate Judge: | **JEFFREY C. MANSKE** | |
   | U.S. District Judge: | | |
   | Courtroom Deputy: | **ANDRIEA DAVIS** | |
   | Pretrial Officer: | | Court Reporter:   FTR |
   | | LUIS RAMOS | |
   | Probation Officer: | | Interpreter:   N/A |

3. **APPEARANCES:**

   AUSA:   MARK FRAZIER
   FPD:   KURT MAY

4. **PROCEEDINGS:**

   a. Age   20   Education   HS         Gender   MALE
   b. Defendant understands proceedings and is mentally competent.   **Y**
   c. Defendant is informed of constitutional rights.   **Y**
   d. Defendant understands charges.   **Y**
   e. If charged on complaint, Defendant informed of right to Preliminary Hearing.   **Y     N**
   f. Defendant informed of right to legal counsel.
      1) Defendant waives counsel.
      2) Defendant states he/she will retain counsel.
      3) Defendant states he/she has retained
         Phone No.:
      X   4) Defendant requests appointment of counsel.
         ___ Defendant HAS NOT completed the CJA23 financial affidavit.
         X   Defendant HAS completed the CJA23 financial affidavit and counsel will be appointed in the court of jurisdiction.

PROCEEDING MEMO - INITIAL APPEARANCE (Rule 5/32.1)
In Re: (1) CAMERON J. WAGENIUS
Page 2 of 2 Pages

g. REMOVAL PROCEEDINGS:
The Defendant is advised of Rule 20 and Rule 5/32.1 rights and ....

__X__ 1) The Defendant waives Rule 5/32.1 and is detained pending removal to the WESTERN DISTRICT OF WASHINGTON-SEATTLE DIVISION. Detention hearing is to be held in that district.

_____ 2) The Defendant waives Rule 5/32.1 and is released on bond. The Defendant is ordered to appear in the _____ on _____ or ☐ when notified by the prosecuting district.

_____ 3) The Defendant is advised he / she has no right to Rule 5/32.1 hearing due to adjoining federal districts and the U.S. Marshal is ordered to remove the Defendant to _____

_____ 4) The Defendant is ☐ detained ☐ released on bond and requests Rule 5/32.1 hearing. The Court sets hearing for _____

OTHER PROCEEDINGS:

4