# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SEATTLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | CAUSE NO.: 2:24-CR-232 |
| CAMERON JOHN WAGENIUS | | |

## AGREED ENTRY OF APPEARANCE OF COUNSEL

x        I wish to enter my appearance as retained co-counsel for the above-named defendant in this cause.

☐        I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: _____                     /s/  ADAM S. HEYMAN_____
                                                                      ATTORNEY FOR DEFENDANT
                                                                      WA STATE BAR NO.: 52153
                                                                      901 5TH AVENUE, SUITE 2800C
                                                                      SEATTLE, WA 98164
                                                                      (917) 952-6719
                                                                      adam@heyman-schueler.com

## **CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of January, 2025, a true and correct copy of the above and foregoing document was served upon the United States Attorney's Office via Electronic Filing.

/s/ Adam S. Heyman
ADAM S. HEYMAN