IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SEATTLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO.: 2:24-CR-232 |
| CAMERON JOHN WAGENIUS | § | |

**AGREED ENTRY OF APPEARANCE OF COUNSEL**

☑   I wish to enter my appearance as retained co-counsel for the above-named defendant in this cause.

☐   I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: 1/7/25

/s/ JAMES LEE BRIGHT
ATTORNEY FOR DEFENDANT
STATE BAR NO.: 24001786
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 720-7777 OFFICE
(214) 720-7778 FAX
JLBrightLaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on the   7th   day of   January  , 20 25 , a true and correct copy of the above and foregoing document was served upon the United States Attorney's Office via Electronic Filing.

/s/ JAMES LEE BRIGHT
JAMES LEE BRIGHT