1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

USA,

Plaintiff(s),

v.

CAMERON JOHN WAGENIUS,

Defendant(s).

CASE NO.
2:24−cr−00232−TL

STANDING ORDER REGARDING
28 U.S.C. § 455 AND CANON 3 OF
THE CODE OF CONDUCT FOR
UNITED STATES JUDGES

13    The Court issues this Standing Order for purposes of compliance with 28 U.S.C. §

14    455 and Canon 3 of the Code of Conduct for United States Judges. 28 U.S.C.A. § 455(b)

15    and Canon 3 both require disqualification of a judge where "...a lawyer with whom the

16    judge previously practiced law served during such association as a lawyer concerning the

17    matter or ... has been a material witness."

18    Out of an abundance of caution, the Court directs the parties to notify it if any

19    laywer at Keller Rohrback L.L.P. (including lawyers who subsequently departed the

20    firm) served as a lawyer concerning either the above−captioned matter or any materially

21    related matter at any time between August 2004 and November 2021. If no Keller

22    Rohrback lawyer has served as counsel in this case or any materially related matter

23    during the relevant time period, no response to this Standing Order is required.

24    If notice is required pursuant to this Standing Order, it shall be submitted to

25    Kadya Peter at kadya_peter@wawd.uscourts.gov within seven days of receipt of this

26    Order. Any required notification may also be filed with this Court under seal using the

STANDING ORDER REGARDING 28 U.S.C. § 455 AND CANON 3 OF THE CODE OF CONDUCT FOR UNITED
STATES JUDGES − 1

1  CM/ECF system.

2      The government is directed to serve copies of this Order on any parties who appear

3  after this Order is filed. Such service shall be accomplished within ten days after each

4  appearance.

5

6      Dated the 8th of January 2025.

7

8  _____

9      Tana Lin
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STANDING ORDER REGARDING 28 U.S.C. § 455 AND CANON 3 OF THE CODE OF CONDUCT FOR UNITED
STATES JUDGES – 2