The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON JOHN WAGENIUS,<br><br>　　　　　　Defendant. | NO. CR24-232 TL<br><br>**STIPULATED MOTON FOR PROTECTIVE ORDER**<br><br>Noting Date: January 8, 2025 |

　　The parties file this Stipulated Motion for Protective Order and present the proposed order attached herewith.

　　The Indictment charges the above-captioned defendant with two counts of unlawful transfer of confidential phone records information. As set forth in the attached proposed Protective Order, which is incorporated herein by reference, this case involves a substantial amount of electronic discovery, some of which contains personal identifying information, stolen victim data, other contraband, confidential company information, and otherwise sensitive information. The discovery material may also include law enforcement sensitive items related to ongoing investigation efforts and ongoing matters occurring before the grand jury.

Stipulated Motion for Protective Order - 1
*United States v. Wagenius*, CR24-232 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties respectfully request that the Court enter the proposed Protective Order governing discovery in this matter.

DATED this 8th day of January, 2025.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 /s/Sok Tea Jiang
SOK TEA JIANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
sok.jiang@usdoj.gov

BRENT S. WIBLE
Principal Deputy Assistant Attorney General
Head of the Criminal Division

 /s/George S. Brown
GEORGE S. BROWN
Trial Attorney
Computer Crime and Intellectual Property Section
U.S. Department of Justice, Criminal Division
1301 New York Avenue NW Suite 600
Washington, D.C. 20530
(202) 514-1026
george.brown@usdoj.gov

*With email approval:*

 /s/James Lee Bright
JAMES LEE BRIGHT
3300 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
(214) 720-7777
JLBrightLaw@gmail.com
Attorney for Defendant Cameron John Wagenius

Stipulated Motion for Protective Order - 2
*United States v. Wagenius*, CR24-232 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4

*/s/Adam Stuart Heyman*
ADAM STUART HEYMAN
Heyman & Schueler, PLLC
901 Fifth Avenue, Suite 2800C
Seattle, WA 98164
(917) 952-6719
adam@heyman-schueler.com
Attorney for Defendant Cameron John Wagenius

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Stipulated Motion for Protective Order - 3
*United States v. Wagenius*, CR24-232 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970