UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | 2:24-cr-00232-LK |
| § | |
| **CAMERON JOHN WAGENIUS** § | |

WAIVER OF SPEEDY TRIAL

TO THE HONORABLE JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION:

COMES NOW CAMERON JOHN WAGENIUS, Defendant in the above styled and numbered cause, pursuant to the provisions of 18 U.S.C. §§3161, et seq, and states that he has consulted with his attorney of record concerning the provisions of the Federal Speedy Trial Act and is aware of the consequences of waiving his right to discharge under that act and waives his right to a speedy trial and his right to discharge under the act during the period of time of continuance of this cause granted by the Court, so that his chosen attorney is available to represent him and may have adequate opportunity to prepare his defense consistent with requirements of the Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

As the court has continued the Trial date in this cause to June 2, 2025, CAMERON JOHN WAGENIUS agrees and acknowledges that this waiver will remain in effect through July 2, 2025.

SIGNED on  January 28 , 20 25 .

/s/ James Lee Bright
JAMES LEE BRIGHT

3300 Oak Lawn Avenue, Suite 700

Dallas, Texas 75219
214-720-7777
JLBrightLaw@gmail.com
Texas Bar Number: 24001786

ATTORNEY FOR
Cameron John Wagenius