UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON JOHN WAGENIUS,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:24-cr-00232-LK<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE |

　　　This matter comes before the Court on Defendant Cameron John Wagenius's Agreed Motion for Continuance. Dkt. No. 21. Mr. Wagenius seeks to continue the February 24, 2025 trial date and the January 29, 2025 pretrial motions deadline for ninety days. *Id.* at 2; *see also* Dkt. No. 14 (setting current trial date and pretrial motions deadline). The Government agrees to the request. Dkt. No. 21 at 1–2. Court staff confirmed with the parties that they are available to start trial on June 2, 2025.

　　　Mr. Wagenius is charged with two counts of Unlawful Transfer of Confidential Phone Records Information in violation of 18 U.S.C. § 1039(b). Dkt. No. 1 at 1–2.

Mr. Wagenius requests a continuance of his trial date so that his attorney "may thoroughly review the discovery in the case, review that discovery with [him,] and . . . conference with the United States District Attorney's Office in hopes that a plea agreement may be reached rendering moot the necessity of a trial in this cause." Dkt. No. 21 at 1. Mr. Wagenius has waived his speedy trial rights through July 2, 2025. Dkt. No. 25 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Wagenius in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for additional time to review the discovery in this case, consult with Mr. Wagenius, and prepare the matter for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Wagenius reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the agreed motion, Dkt. No. 21, and ORDERS that the trial date shall be continued from February 24, 2025 to June 2, 2025, and the pretrial motions deadline shall be continued from January 29, 2025 to April 21, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendant's trial must commence under the Speedy Trial Act.

Dated this 31st day of January, 2025.

Lauren King
United States District Judge