**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CAUSE NO.: 2:24-CR-00232-LK** |
| § | |
| **CAMERON JOHN WAGENIUS** § | |

### NOTICE OF INTENT TO PLEAD GUILTY IN OPEN COURT WITHOUT BENEFIT OF PLEA AGREEMENT

**TO THE HONORABLE LAUREN KING, UNITED STATES DISTRICT JUDGE:**

JAMES LEE BRIGHT, retained counsel for CAMERON JOHN WAGENIUS, respectfully notifies the Court of CAMERON JOHN WAGENIUS' intent, pursuant to FED. R. CRIM. P. 11(a)(1), to plead guilty in open court without benefit of plea agreement to the two-count indictment signed by the jury foreperson on December 18, 2025.

Entry of Guilty Plea 2:24-CR-00232-LK

1

Law Office of James Lee Bright
3300 Oak lawn Ave., Ste. 700
Dallas, Texas 75219
214-720-7777

## I.    <u>COUNTS AND OFFENSES</u>

CAMERON JOHN WAGENIUS was charged, via indictment, on the 18th day of December, 2024 with one count of 18 U.S.C. § 1039(b): Unlawful Transfer of Confidential Phone Records Information, to wit, Online Forum; and one count of 18 U.S.C. § 1039(b): Unlawful Transfer of Confidential Phone Records Information, to wit, Online Communications Platform.    CAMERON JOHN WAGNIUS intends to plead guilty to both counts of the indictment.


## II.    <u>ELEMENTS OF THE OFFENSE</u>

Section 1039 of Title 18 of the United States Code governs fraud and related activity in connection with obtaining confidential phone records information of a covered entity. Section 1039(b) governs the prohibition on sale or transfer of confidential phone records information:

**(1)** Except as otherwise permitted by applicable law, whoever, in interstate or foreign commerce, knowingly and intentionally sells or transfers, or attempts to sell or transfer, confidential phone records information of a covered entity, without prior authorization from the customer to whom such confidential phone records information

Entry of Guilty Plea 2:24-CR-00232-LK

Law Office of James Lee Bright
3300 Oak lawn Ave., Ste. 700
Dallas, Texas 75219
214-720-7777

47  relates, or knowing or having reason to know such information was

48  obtained fraudulently, shall be fined under this title, imprisoned not

49  more than 10 years, or both.

50  **(2)** For purposes of this subsection, the exceptions specified in section

51  222(d) of the Communications Act of 1934 shall apply for the use of

52  confidential phone records information by any covered entity, as

53  defined in subsection (h).

54

## III.   PENALTIES

56  As provided in 18 U.S.C. 1039(b), the maximum penalty is a fine not to

57  exceed $250,000 and/or imprisonment for up to ten years on each of the two

58  counts. Section 1039 does not make provision for a minimum punishment for the

59  instant offense(s).

60

## IV.   COLLATRAL CONSEQUENCES

62  CAMERON JOHN WAGENIUS understands that there are collateral

63  consequences to pleading guilty and being convicted of the charges in the

64  indictment. Said consequences include, but are not limited to:

Entry of Guilty Plea 2:24-CR-00232-LK

Law Office of James Lee Bright
3300 Oak lawn Ave., Ste. 700
Dallas, Texas 75219
214-720-7777

1)      The potential loss of the right to vote in Federal elections, and the potential loss of the right to vote in state and local elections.

2)      The loss of the right to hold federal office or employment.

3)      The loss of eligibility to serve in the armed forces and the loss of benefits from previous armed forces service.

4)      The loss of the right to serve on a federal jury.

5)      The loss of the right to own or possess firearms.

6)      The loss of the right to federal assistance programs.

7)      The loss of the right to federal housing.

## V.      STATEMENT OF FACTS

The defendant, CAMERON JOHN WAGENIUS, and his attorney, JAMES LEE BRIGHT, hereby stipulate that at all times, relevant to the indictment herein, the following facts are true:

1)      That the Defendant, CAMERON JOHN WAGENIUS, who is entering a plea of guilty to Counts One and Two of the indictment is the same person charged in the Indictment.

2)      That the events described in Counts One and Two of the Indictment occurred in the Western District of Washington and

4

86    elsewhere.

87    3)    That CAMERON JOHN WAGENIUS did unlawfully transfer

88    confidential phone records information through online forums and

89    online communications platforms.

90    4)    CAMERON JOHN WAGENIUS agrees that he committed all

91    essential elements of the offenses. This factual resume is not intended

92    to be a complete accounting of all the facts and events related to the

93    offense charged in this case. The limited purpose of this factual

94    resume is to demonstrate the factual basis exists to support the

95    Defendant's guilty plea to Counts One and Two of the Indictment.

96

## VI.    WAIVER OF RIGHTS

98    Defendant's attorney, JAMES LEE BRIGHT, has reviewed the rights that

99    defendant, CAMERON JOHN WAGENIUS, waives upon entry of a guilty plea.

100    Among these rights are:

101    1) The right to a speedy trial and public trial by a jury;

102    2) The right to the assistance of counsel at trial and at all stages of the

103    proceedings;

5

3) The right to see and hear all adversarial witnesses, and the right to confront those witnesses through cross-examination;

4) The right to use the power and process of the Court to compel the production of any evidence, including the attendance of any friendly witnesses; and

5) The right against self-incrimination by taking the witness stand, and that failure to testify in one's own defense may not be used as an inference of guilt.

## VII.  STATEMENT REGARDING PLEA OFFERS

Attorney JAMES LEE BRIGHT and defendant CAMERON JOHN WAGENIUS have reviewed all plea negotiations and offers, and this entry of a plea of "guilty" is not the result of a plea agreement between the Government and the Defense.

Respectfully submitted,

/s/ James Lee Bright
JAMES LEE BRIGHT
Attorney for CAMERON JOHN WAGENIUS

6

Law Office of James Lee Bright
3300 Oak lawn Ave., Ste. 700
Dallas, Texas 75219
214-720-7777

125

126
127
_____

128  CAMERON JOHN WAGENIUS
129  Defendant
130
131
132
133
134
135
136
137
138
139
140
141
142
143
144
145
146
147
148
149
150
151
152
153
154
155
156
157

Entry of Guilty Plea 2:24-CR-00232-LK                    Law Office of James Lee Bright
                                                      3300 Oak lawn Ave., Ste. 700
                                                           Dallas, Texas 75219
                                                             214-720-7777

## <u>CERTIFICATE OF SERVICE</u>

158
159
160    I, JAMES LEE BRIGHT, certify that on this the <u>19th</u> day of

161 <u>February</u>, 20<u>25</u>, a copy of this filing was

162 electronically served via the ECF filing system to the United States Attorney's

163 Office for the Western District of Washington, Seattle Division.

164

165                                   <u>/s/ James Lee Bright</u>
166                                   JAMES LEE BRIGHT
167                                   Attorney for CAMERON JOHN WAGENIUS

8

Law Office of James Lee Bright
3300 Oak lawn Ave., Ste. 700
Dallas, Texas 75219
214-720-7777