IN THE UNITED STATES DISTRICT COURT
FOR THE WEESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

UNITED STATES OF AMERICA §
§
V. § NO.: 2:24-CR-00232-LK
§
CAMERON JOHN WAGENIUS §
    Defendant, §

### MOTION TO REOPEN DETENTION HEARING

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES the defendant, CAMERON JOHN WAGENIUS, and submits this Motion to Reopen Detention Hearing and would show the following:

I.

Defendant originally appeared before the Honorable Magistrate Judge Brian A. Tsuchida on the 8th day of January, 2025. On said date, the United States Attorney filed a Motion for Detention to which the defendant, CAMERON JOHN WAGENIUS, stipulated (ECF 14 & 16). CAMERON JOHN WAGENIUS, by and through his attorney, JAMES LEE BRIGHT, also reserved the right, on the record, to reopen the detention at a later date. Mr. WAGENIUS, after discussions with counsel and family, requests the Court reopen the issue of Detention at this time.

II.

Counsel for CAMERON JOHN WAGENIUS, James Lee Bright, has consulted with Sok Jiang of the U.S. Attorney's Office regarding the filing of this motion.

1

Entry of Guilty Plea 2:24-CR-00232-LK      Law Office of James Lee Bright
3300 Oak lawn Ave., Ste. 700
Dallas, Texas 75219
214-720-7777

WHEREFORE, PREMISES CONSIDERED, Mr. CAMERON JOHN WAGENIUS respectfully requests that this Court reopen the detention hearing in this case.

                                                        Respectfully submitted,

/s/James Lee Bright
JAMES LEE BRIGHT

Texas Bar No.: 24001786
3300 Oak Lawn Ave., Suite 700
Dallas, Texas 75219
(214) 720-7777
(214) 720-7778 FACSIMILE
JLBrightLaw@gmail.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF CONFERENCE**

On February 14, 2025, James Lee Bright, counsel for Defendant, CAMERON JOHN WAGENIUS, conferred with Assistant United States Attorney Sok Jiang regarding this motion.

/s/James Lee Bright

JAMES LEE BRIGHT
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document was provided to Sok Jiang, Assistant United States Attorney, on this the 19th day of February, 2025 via ECF Filing System.

/s/James Lee Bright

JAMES LEE BRIGHT
Attorney for Defendant