Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NO. CR24-232 LK<br><br>**UNITED STATES' UNOPPOSED MOTION TO SEAL**<br><br>NOTE ON MOTION CALENDAR: February 26, 2025 |

    The United States hereby requests that the Supplemental Memorandum in Support of Continued Detention, which will be filed under seal following this motion, be allowed to remain under seal. Federal courts are empowered to seal documents in appropriate circumstances. Cf. Fed. R. Crim. P. 6(e)(4) (sealing of indictments); Local Rule 49.1 (prohibiting certain types of information from being filed publicly). It is well-settled that federal courts have inherent authority to control papers filed with the court, *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003), including the power to seal sensitive information related to victims and other third parties. Here, sealing is appropriate because the supplemental memorandum includes identifying and other sensitive information

//

Government's Motion to Seal
*United States v. Wagenius*, CR24-232 LK - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    about victims and discusses confidential information related to the government's
2    investigation.
3        Defense counsel does not object this motion.
4
5        DATED this 26th day of February, 2025.
6
7                               Respectfully submitted,
8
                                TEAL LUTHY MILLER
9                               Acting United States Attorney
10
                                */s/ Sok Tea Jiang*
11                              SOK TEA JIANG
                                Assistant United States Attorneys
12                              United States Attorney's Office
                                700 Stewart Street, Suite 5220
13                              Seattle, Washington 98101-1271
                                (206) 553-7970
14                              sok.jiang@usdoj.gov
15
                                ANTOINETTE T. BACON
16                              Supervisory Official, Criminal Division
17
                                */s/ George Brown*
18                              GEORGE BROWN, Trial Attorney
19                              LOUISA K. BECKER, Senior Counsel
                                Computer Crime & Intellectual Property Section
20                              U.S. Department of Justice
                                1301 New York Ave NW
21                              Washington, D.C. 20530
22                              (202) 514-3597
                                george.brown@usdoj.gov
23                              louisa.marion@usdoj.gov
24
25
26
27