Magistrate Judge Brian A. Tsuchida

_____ FILED    _____ ENTERED
_____ LODGED  _____ RECEIVED

MAR 05 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NO.  CR24-232 LK<br><br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty to the charges contained in Count 1 and Count 2 of the Indictment in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//

//

//

Consent To Rule 11 Plea - 1
*United States v. Wagenius*, CR24-232LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  I understand that if the United States Magistrate Judge issues a report and recommendation

2  recommending that my plea be accepted, the assigned United States District Judge will then

3  decide whether to accept or reject my plea of guilty and any plea agreement I may have with

4  the United States and will adjudicate guilt and impose sentence.

6       DATED this 5th day of March, 2025.

_____
CAMERON JOHN WAGENIUS
Defendant

_____
JAMES LEE BRIGHT
Attorney for Defendant

APPROVED:

_____
SOK TEA JIANG
Assistant United States Attorney

Consent To Rule 11 Plea - 2
*United States v. Wagenius*, CR24-232LK