Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NO. CR24-232 LK<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11 and has entered a plea of guilty to the charges contained in Count 1 and Count 2 of the Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses.

//

//

//

Report and Recommendation - 1
*United States v. Wagenius*, CR24-232LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I therefore ordered a presentence report. Subject to the Court's consideration of the Notice of Intent to Enter a Guilty Plea, Dkt. 27, I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 5th day of March, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

## NOTICE

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

Report and Recommendation - 2
United States v. Wagenius, CR24-232LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970