UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CAMERON JOHN WAGENIUS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cr-00232-LK<br><br>ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT |

This Court, having considered the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, Dkt. No. 37, to which there has been no objection, and subject to consideration of the Consent to Rule 11 Plea, Dkt. No. 36, pursuant to Federal Rule of Criminal Procedure 11, hereby accepts Defendant Cameron Wagenius's plea of guilty to the following charges:

- Unlawful Transfer of Confidential Phone Records Information (Online Forum) in violation of Title 18, United States Code, Section 1039(b), as charged in Count 1 of the Indictment, Dkt. No. 1 at 1; Dkt. No. 36 at 1; and

ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT - 1

- Unlawful Transfer of Confidential Phone Records Information (Online Communications Platform) in violation of Title 18, United States Code, Section 1039(b), as charged in Count 2 of the Indictment, Dkt. No. 1 at 2; Dkt. No. 36 at 1.

Mr. Wagenius is adjudged guilty of such offenses.

All parties shall appear before this Court for sentencing on May 28, 2025 at 10:00 a.m. as previously ordered. Dkt. No. 35.

Dated this 21st day of March, 2025.

Lauren King
United States District Judge

ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT - 2