UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | NO.: 2:24-CR-00232-LK |
| § | |
| CAMERON JOHN WAGENIUS § | |

## DEFENDANT'S AGREED MOTION FOR CONTINUANCE

The Defendant, by and through counsel, makes this Motion for Continuance and would show the Court the following:

I.

CAMERON JOHN WAGENIUS is charged by indictment with a violation of 18 U.S.C. §1039(b): Unlawful Transfer of Confidential Phone Records Information – Online Forum; and a violation of 18 U.S.C. §1039(b): Unlawful Transfer of Confidential Phone Records Information – Online Communications Platform.  This cause currently has a Sentencing Hearing scheduled on May 28, 2025. Defendant's attorney and attorneys for the Department of Justice discussed this matter on April 25, 2025, and all parties are in agreement that a continuance is necessitated in this cause. The Court was on contacted on the same date by both the attorney for the defendant and Assistant United States Attorney, Sok Jiang, to inform the court that a continuance is being requested in anticipation of additional charges being filed. The continuance will allow for judicial economy so that all charges may be addressed in a singular sentencing hearing. The Court and all parties agreed that the date for Sentencing should be continued to September 10,

29  2025 at 10:00 a.m.

30  For the reasons stated above, Defendant's Attorney requests a continuance of the
31  Sentencing Hearing date, as currently schedule, to September 10, 2025 at 10:00 a.m. Defendant's
32  attorney has conferenced with Assistant United States Attorney, Sok Jiang, and received her
33  assurances that she is in agreement with this motion.

34

35  II.

36  This Motion is not made for purposes of delay, but only that justice might be
37  accomplished and Defendant be given a fair opportunity to prepare and present his defense
38  herein.

39

40  WHEREFORE, for the reasons set forth above, Defendant respectfully requests the Court
41  continue the Sentencing Hearing on May 28, 2025 to September 10, 2025 at 10:00 a.m..

42

43                                      Respectfully submitted,
44
45
46
47
48                                      /s/ James Lee Bright
49                                      James Lee Bright
50
51                                      LAW OFFICES OF JAMES LEE BRIGHT
52                                      3300 Oak Lawn Avenue, Suite 700
53                                      Dallas, Texas 75219
54                                      (214) 720.7777
55                                      (214) 720.7778 facsimile

2

```
56                                    Texas State Bar No. 24001786
57                                    Jlbrightlaw@gmail.com
58
59                                    ATTORNEY FOR DEFENDANT,
60                                    CAMERON JOHN WAGENIUS
61
62
```

3

Mot. to Cont. 2:24-CR-00232-LK                                    Law Office of James Lee Bright
                                                                  3300 Oak lawn Ave., Ste. 700
                                                                  Dallas, Texas 75219
                                                                  214-720-7777

## CERTIFICATE OF SERVICE

I, JAMES LEE BRIGHT, attorney for Defendant, certify that on the 28th day of April, 2025, a copy of the foregoing was delivered to the United States Attorney's office, *via electronic delivery*.

/s/ James Lee Bright
JAMES LEE BRIGHT

## CERTIFICATE OF CONFERENCE

On the 25th day of April, 2025, I certify that I conferred with United States Assistant District Attorney, Sok Jiang, about the merits of this Motion and received his/her assurances that the he/she is in agreement to the delay sought by the Motion.

SIGNED this 28th day of April, 2025.

/s/ James Lee Bright
JAMES LEE BRIGHT