UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>CAMERON JOHN WAGENIUS,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:24-cr-00232-LK<br><br>ORDER CONTINUING<br>SENTENCING |

　　　　This matter comes before the Court on Defendant Cameron John Wagenius' Agreed Motion for Continuance. Dkt. No. 39.

　　　　On March 5, 2025, Mr. Wagenius pleaded guilty to Unlawful Transfer of Confidential Phone Records Information (Online Forum) and Unlawful Transfer of Confidential Phone Records Information (Online Communications Platform). Dkt. No. 36 at 1; *see also* Dkt. No. 1 at 1–2 (Indictment). The Court accepted his plea of guilty. Dkt. No. 38. Sentencing is currently set for May 28, 2025, and Mr. Wagenius seeks to continue it to September 10, 2025 because "additional charges [are] being filed" and the requested continuance "will allow for judicial economy so that

ORDER CONTINUING SENTENCING - 1

all charges may be addressed in a singular sentencing hearing." Dkt. No. 39 at 1. The Government "is in agreement" with the request. *Id.* at 2.

Although the Court generally "must impose sentence without unnecessary delay," it "may, for good cause," deviate from the time limits prescribed by the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 32(b); *accord United States v. Firestack-Harvey*, No. 13-CR-0024-TOR, 2015 WL 3533222, at *3 (E.D. Wash. June 4, 2015) (staying sentencing to allow parties adequate time to prepare). And this District's Local Criminal Rules expressly contemplate a sentencing continuance "based on the need for more time." LCrR 32(i)(1)(B). Here, Mr. Wagenius has demonstrated good cause for the continuance so that all charges may be addressed in a singular sentencing hearing. The Court finds that the interests of the public and Mr. Wagenius in any speedier sentencing in this case are outweighed by the ends of justice.

Finding good cause, the Court GRANTS the motion to continue, Dkt. No. 39, and CONTINUES sentencing to September 10, 2025 at 10:00 a.m.

Dated this 1st day of May, 2025.

*Lauren King*
Lauren King
United States District Judge