The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NO. CR24-232 LK<br><br>**NOTICE OF RELATED CASE** |

The United States hereby advises the Court, pursuant to Local Criminal Rule 13, that this case is related to another case filed in this District, *United States v. Cameron John Wagenius*, CR25-142 KKE.

"When criminal cases involving common questions of law and fact (but not necessarily the same parties) are assigned to different judges, there may be good reason to assign all of said cases to one judge." Local Crim. R. 13(a). Consequently, "[c]ounsel are encouraged to file a notice of related case in order to bring such cases to the attention of the court." Local Crim R. 13(b).

//

//

Notice of Related Case - 1
*United States v. Cameron John Wagenius*, CR24-232 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Here, both cases arise from related conduct and involve some of the same stolen victim information and related extortion. As such, these cases rely on overlapping evidentiary material and legal process and arguably present common questions of law and fact. Both cases also involve the same parties. The United States and the defense agree that the assignment of both cases to the same judge may serve judicial economy.

DATED this 17th day of July, 2025.

        Respectfully submitted,

        TEAL LUTHY MILLER
        Acting United States Attorney

        */s/ Sok Tea Jiang*
        SOK TEA JIANG
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        (206) 553-7970
        sok.jiang@usdoj.gov

        */s/ George S. Brown*
        LOUISA K. BECKER, Senior Counsel
        GEORGE S. BROWN, Trial Attorney
        Computer Crime & Intellectual Property Section
        U.S. Department of Justice
        1301 New York Ave NW
        Washington, D.C. 20530
        (202) 514-3597
        louisa.marion@usdoj.gov
        george.brown@usdoj.gov

Notice of Related Case - 2
*United States v. Cameron John Wagenius*, CR24-232 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970