The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JOHN WAGENIUS,<br><br>Defendant. | NOS. CR24-232 LK & CR25-142 LK<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING** |

This matter comes before the Court on a stipulated motion to continue sentencing in the above-referenced cases. Having considered the motion filed and all other matters properly before it, the Court hereby GRANTS the motion. Sentencing in the above-referenced matters is continued to January 7, 2026, at 10:00 a.m.

SO ORDERED.


Dated: July ___, 2025


_____
LAUREN KING
United States District Judge

Order Continuing Sentencing - 1
*United States v. Wagenius*, CR24-232 LK & CR25-142 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/Sok Tea Jiang*
SOK TEA JIANG
Assistant United States Attorney

*/s/Louisa K. Becker*
LOUISA K. BECKER
Senior Counsel

*/s/George S. Brown*
GEORGE S. BROWN
Trial Attorney

*/s/James Lee Bright*
JAMES LEE BRIGHT
Counsel for Defendant Cameron John Wagenius

Order Continuing Sentencing - 2
*United States v. Wagenius*, CR24-232 LK & CR25-142 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970