To Judge Lauren King,

I am writing this letter on behalf of my son, Cameron, to offer insight into his character and the person he is beyond the circumstances that have brought him before you.

As Cameron's parent, I have had the privilege of knowing him his entire life, and I can confidently say that he is a kind, respectful, and caring individual. He has always shown a strong sense of loyalty to his family and those close to him. Cameron has a good heart and consistently demonstrates compassion toward others, often putting their needs before his own.

Throughout his life, Cameron has shown resilience in the face of challenges. Like many young people, he has made mistakes, but he has always shown the ability to learn from them. I truly believe that he is capable of growth and is committed to making better choices moving forward.

Cameron is someone who values family and relationships deeply. He has been a source of support to those around him, and his presence in our lives is meaningful and important. I have seen firsthand his willingness to take responsibility and his desire to improve himself.

I respectfully ask that you consider Cameron's character, his potential for growth, and the positive qualities he brings to those around him. He is more than the situation he is currently facing, and I firmly believe he has a bright future ahead of him.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,
Alicia Dawn Roen

Im writing this For my grandson Cameron Wangenius. I Have many good memories with Cam when he was younger. Watching Him take swimming lessons at His sisters, teaching him how to Fish at a Friends Vacation Lake house, or riding in a Uhaul with me when we moved out of state. We were very proud when he followed in his brothers footsteps and joined the army, I don't Know what happened there and why he chose to do what he did, Cam had to learn at a early age to fend for Himself, His grandmother and I have been left in the dark of this whole process, Its my understanding that He pled guilty from the beginning, as he should have, That tells me he has taken responsibility for His actions, I believe most of us have made bad decisions early in our adulthood, some worse than others, But I do believe in second chances and Hope Cameron gets one. Cameron your grandmother and I Love you and won't abandon you over this! You will always have a place to come to with us,

Respectfully,

Chris Johnson

Chris Johnson

3-9-26

To whom It May Concern,
My name is Tera Roen I am Cameron Wagenius aunt I have known him since 2010 when I married his uncle I had the opportunity to know Cameron when he was growing up he spent a lot of time with our family grew up with our children went on vacations with us spent lots of time at our home.
As a young person Cameron was a very kind happy fun little boy. Who cared deeply for his family and others. I remember many times he always wanted to do things right and had a great heart. Growing up Cameron always talked about joining the military and traveling the world. I belive Cameron has the ability to learn from this situation and to continue to grow in the young man we all knew he could be. He has lots of people who love him + want to see him move forward in a positive way.
Thank you for taking the time to read my letter. Tera Roen

I am writing this letter on behalf of my grandson, Cameron John Wagenius. To be honest I haven't a clue how to do this properly. Never in my wildest dreams could I imagine Cameron in a prison cell. I am still in disbelief.

Cameron survived a childhood that was so painful even I don't like thinking about it. I like thinking about what a joy it is to have him in my life. I realize he has built a wall of protection around himself. He has been let down by the ones who should have loved, protected and guided him through life, yet he kept moving forward.

He was always a very curious kid, trying to figure out how and why things worked the way they do. He had a good sense of humor and liked pulling pranks on me. I can't remember him getting in trouble much. But I'm sure he did the typical kid stuff. Like thinking it was a good idea to jump off the roof into the pool with his cousin.

He graduated highschool and went right in the Army. After 2 years in So. Korea everything changed. Something went terribley wrong and now he is going to prison. I understand he has admitted to his mistakes and is ready to face the consequences of his actions. No matter what that will be, I will support him any way I can. Thank You for your time.

Cheryl Roen

March 12, 2026

Dear Honorable Judge,

I am writing this letter in support of my son, Cameron, and ask that the Court please consider my perspective as his parent. Unfortunately, due to the distance, I cannot be there to support him in person, my business depends on me being here every day, without my business, I would lose my livelihood.

I have known Cameron for his entire life, and I want the Court to know the character, values and potential that I see in him every day.

My son was raised with the understanding that honesty, respect and responsibility are an important part of life. While he now faces a difficult situation before the Court, I truly believe this experience has made a strong impact on him. He understands the seriousness of this matter and the consequences of his actions, and I have seen genuine reflection and remorse from him.

Cameron is a good person with a kind heart, and he cares deeply about his family and the people in his life. He has always been willing to help others and has always shown compassion and loyalty to those around him. As his parent, I have seen the positive qualities in him that may not always be visible to others.

I believe strongly that this situation does not define who he is as a person or who he will become in the future. Like many young people, he is still learning and growing. This experience has been a serious wake-up call for him, and I truly believe he is committed to making better choices and moving forward in a positive and responsible way.

As his parent, I stand behind him and will continue to support and guide him so that he stays on a responsible and productive path. I am confident that with the opportunity to continue building his life, he will demonstrate the character and work ethic that I know he possesses.

I respectfully ask the Court to consider giving him the opportunity to learn from this experience and to be able to continue building a productive life. I believe he has the character, the ability and the support necessary to do better and prove that he can be a responsible and law-abiding member of society.

Thank you for taking the time to read my letter and for considering my son's future.

Respectfully,

Aaron B Wagenius

March 13, 2026

To the Honorable Judge Lauren King,

I am writing to the Court on behalf of my nephew, Cameron, with respect and humility. I understand that Cameron has pled guilty and that he now faces the consequences of decisions he made. Nothing in this letter is intended to excuse his actions. Rather, I hope to provide the Court with some context about the life circumstances that shaped him and why I believe he still deserves the opportunity to build a better future.

Writing about family in a situation like this is difficult. Cameron made choices that brought him before this Court, and he must be accountable for those choices. At the same time, I believe it is important for the Court to understand that his early life was marked by instability and trauma that no child should experience.

When Cameron was very young, his parents separated. Around the age of three, he suffered a severe physical assault at the hands of his mother's boyfriend that resulted in hospitalization and serious injuries. After that event, I saw a noticeable change in him. The outgoing and trusting little boy he had been became more guarded and withdrawn.

In the years that followed, Cameron and his siblings experienced significant instability. Child Protective Services became involved, and the children were eventually removed from their mother's care. Cameron and his brother were placed with their father, while I was in the position to adopt their younger sister, Grace. Because of these circumstances, I witnessed firsthand how fragmented and uncertain their childhood became.

I share this not to excuse Cameron's actions, but to explain that he grew up in an environment where security, guidance, and stability were often missing. Like many young people who struggle with those experiences, Cameron retreated into online spaces and gaming communities where he may have felt a sense of belonging and control that was absent elsewhere in his life.

Cameron is now a young man and has accepted responsibility for what he did by entering a guilty plea. That decision matters to me because it reflects a willingness to face the consequences of his actions rather than avoid them.

I do not pretend to know every detail of Cameron's life today, but I do know that he is still very young and that the story of his life is not finished. I believe he has the capacity to learn from this experience and to choose a different path moving forward.

For these reasons, I respectfully ask the Court to consider mercy and the possibility of leniency in sentencing. Cameron has endured a difficult beginning in life, but he is still at an age where guidance, accountability, and the opportunity to rebuild could help him become a responsible and productive member of society.

Thank you for taking the time to consider my perspective.

Most sincerely,

Jenna Horne

Jenna Wilkens Horne